1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 MICHAEL PURTLE,              )   No.  EDCV 08-1023 FMO
11                              )
                Plaintiff,      )   <u>ORDER AWARDING EAJA FEES</u>
12                              )
13         v.                   )
                                )
14 MICHAEL J. ASTRUE,           )
15 Commissioner Of Social Security, )
16                              )
           Defendant.           )
17

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19      IT IS ORDERED that EAJA fees are awarded in the amount of  THREE
20 THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($3,900.00) subject to the
21 terms of the stipulation.
22      DATE:  11/30/10                        /s/
23                              HON. FERNANDO M. OLGUIN
24                              UNITED STATES MAGISTRATE JUDGE

-1-